UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-22065-CIV-MORENO**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DINORA REYES,

    Defendant.
_____/

## DEFAULT JUDGMENT

THIS CAUSE came before the Court upon Entry of Clerk's Default (**D.E. No. 8**), filed on **July 22, 2010**.

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises. A default has been entered against Defendant Dinora Reyes for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff. Accordingly, it is

**ADJUDGED** that Default Judgment is **ENTERED**. Judgment is hereby entered in favor of Plaintiff UNITED STATES OF AMERICA and against Defendant DINORA REYES. It is further

**ADJUDGED** that Plaintiff shall file an affidavit with the Court by no later than **July 30, 2010** indicating damages and any equitable relief Plaintiff seeks against Defendant Dinora Reyes.

DONE AND ORDERED in Chambers at Miami, Florida, this 22 day of July, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record